## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WFCM 2016-LC25 WEST BAY AREA BOULEVARD, LLC  Plaintiff, -v- WILLIAM KORNBLUTH  Defendant. | Case No. 21-cv-6479  **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for WFCM 2016-LC25 WEST BAY AREA BOULEVARD, LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

The sole member of WFCM 2016-LC25 WEST BAY AREA BOULEVARD, LLC is the Registered Holders of Wells Fargo Commercial Mortgage Trust 2016-LC25, Commercial Mortgage Pass-through Certificates, Series 2016, LC25, with Wilmington Trust, N.A. as its trustee.

Wilmington Trust, N.A. is a wholly owned subsidiary of M&T Bank Corporation. There are no other publicly held corporations owning more than 10% of its stock.

**Date:** 7/30/2021

/s/ Debbie Green

**Signature of Attorney**

Form Rule7_1.pdf   SDNY Web 10/2007