AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| WFCM 2016-LC25 WEST BAY AREA BOULEVARD | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 21-cv-6479 |
| WILLIAM KORNBLUTH | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff WFCM 2016-LC25 WEST BAY AREA BOULEVARD, LLC                    .

Date:    07/30/2021

/s/ Guyon Knight
*Attorney's signature*

GK1981
*Printed name and bar number*

McDermott Will & Emery
One Vanderbilt Ave
New York, NY 10017

*Address*

gknight@mwe.com
*E-mail address*

(212) 547-5400
*Telephone number*

(212) 547-5444
*FAX number*