

50 Main Street, Suite 1000
White Plains, NY 10606,
Phone: 212-763-3330
www.parkinslee.com

Charles M. Rubio | crubio@parkinslee.com | Direct: 212-763-3331

August 19, 2021

<u>Via ECF Filing</u>

Hon. Vernon S. Broderick
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re:** **WFCM 2016-LC25 West Bay Area Boulevard, LLC v. William Kornbluth**
**(SDNY: 1:21-cv-06479)**
**Defendant's Request for Extension of Answer Deadline**

Dear Judge Broderick:

    This firm represents the defendant William Kornbluth (the "Defendant") in the above-referenced matter. Pursuant to Fed. R. Civ. P. 12(a)(1)(A), the Defendant must serve an answer within 21 days after being served with a summons and complaint. The summons and complaint were served on Defendant on August 4, 2021, making the answer deadline August 25, 2021.

    Defendant has recently retained my firm and we are in settlement discussions with WFCM 2016-LC25 West Bay Area Boulevard, LLC (the "Plaintiff").

    To minimize litigation costs as the settlement discussion progress, Defendant requests an extension of the answer deadline for two weeks until September 8, 2021. The Plaintiff has agreed to this requested extension.

    Accordingly, Defendant respectfully contends it has good cause for this request.

Thank you for consideration of this request.

Respectfully submitted,

*Charles Rubio*

Charles M. Rubio

Hon. Vernon S. Broderick
August 19, 2021
Page 2 of 2

CC:    Chuck Gibbs by email Crgibbs@mwe.com
        Guyon Knight by email Gknight@mwe.com
        Debbie Green by email Dgreen@mwe.com
        Eric Seitz by email Eseitz@mwe.com