# EXHIBIT 24

06/29/2021   ER   $34.00

RP-2021-362581

**After recording return to:**

Mark L. Patterson, Esquire
McDermott Will & Emery LLP
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201-1664

<u>**ASSIGNMENT OF DEED OF TRUST, ASSIGNMENT OF LEASES AND RENTS AND
SECURITY AGREEMENT AND OTHER LOAN DOCUMENTS**</u>

FOR VALUE RECEIVED, the receipt and sufficiency of which are hereby acknowledged, **WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF THE REGISTERED HOLDERS OF WELLS FARGO COMMERCIAL MORTGAGE TRUST 2016-LC25, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2016-LC25** ("**Assignor**"), having a mailing address of c/o LNR Partners, LLC, 1601 Washington Avenue, Suite 700, Miami Beach, Florida 33139, does hereby grant, bargain, sell, assign, deliver, convey, transfer and set over unto **WFCM 2016-LC25 WEST BAY AREA BOULEVARD, LLC**, a Delaware limited liability company ("**Assignee**"), having a mailing address of c/o LNR Partners, LLC, 1601 Washington Avenue, Suite 700, Miami Beach, Florida 33139, all of the Assignor's right, title and interest in and to the deed of trust described below, as such instrument may from time to time have been amended, assumed, consolidated, modified and/or assigned, and all other loan documents executed in connection therewith, as each such document may have been amended, assumed, consolidated, modified and/or assigned (the "**Other Loan Documents**"):

That certain Deed of Trust, Assignment of Leases and Rents and Security Agreement, dated as of October 21, 2016 ("**Deed of Trust**"), made by KORNBLUTH TEXAS, LLC, a Texas limited liability company ("**Borrower**"), to Russ Toates, an individual, as trustee, for the benefit of Rialto Mortgage Finance, LLC, a Delaware limited liability company ("**Original Lender**"), recorded on October 25, 2016, as Instrument Number RP-2016-481294, in the Official Public Records of Harris County, Texas (the "**Records**"). The Deed of Trust was (i) assigned by Original Lender to RMF SUB 1, LLC, a Delaware limited liability company ("**First Assignee**"), pursuant to that certain Assignment of Deed of Trust, Assignment of Leases and Rents and Security Agreement, executed on January 3, 2017, and recorded on March 21,

2017, as Instrument Number RP-2017-117834 in the Records, (ii) assigned by First Assignee to Original Lender pursuant to that certain Assignment of Deed of Trust, Assignment of Leases and Rents and Security Agreement, executed on January 3, 2017, and recorded on March 21, 2017, as Instrument Number RP-2017-117837 in the Records, and (iii) assigned by Original Lender to Assignor pursuant to that certain Assignment of Deed of Trust, Assignment of Leases and Rents and Security Agreement, executed on January 3, 2017, and recorded on March 21, 2017, as Instrument Number RP-2017-117840 in the Records.

TOGETHER WITH all rights accrued or to accrue under the Deed of Trust and Other Loan Documents, any and all promissory note(s) and the obligations referred to or described therein, the debt and claims secured thereby, and all sums of money due and to become due thereon, with interest as provided for therein.

TO HAVE AND TO HOLD the same unto the Assignee and to the successors and assigns of the Assignee forever.

**THIS ASSIGNMENT IS MADE WITHOUT RECOURSE AND WITHOUT REPRESENTATION OR WARRANTY, EXPRESS, IMPLIED OR BY OPERATION OF LAW, OF ANY KIND AND NATURE WHATSOEVER.**

The Deed of Trust assigned hereby encumbers the real property legally described on **Exhibit A** attached hereto and incorporated herein by this reference.

IN WITNESS WHEREOF, this Assignment has been duly executed on behalf of Assignor on June 25 , 2021.

*[END OF TEXT – SIGNATURE AND ACKNOWLEDGMENT PAGES FOLLOW]*

RP-2021-362581

**ASSIGNOR:**

**WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF THE REGISTERED HOLDERS OF WELLS FARGO COMMERCIAL MORTGAGE TRUST 2016-LC25, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2016-LC25**

[NO CORPORATE SEAL]

By:    LNR Partners, LLC, a Florida limited liability company, its Attorney-in-Fact under that certain Limited Power of Attorney dated January 27, 2021

By: _____

Name:   Job Warshaw

Title:    President

Signed, Sealed and Delivered

in the presence of:

_____

Printed Name:   Angela Ospina

Witness #1

_____

Printed Name:  Patricia Reyes

Witness #2

RP-2021-362581

STATE OF FLORIDA          )
                                     ) SS:
COUNTY OF MIAMI-DADE    )

The foregoing instrument was acknowledged before me, by means of ☑ physical presence or ☐ online notarization, this 25ᵗʰ day of June, 2021, by Job Warshaw , a **President** of LNR Partners, LLC, a Florida limited liability company, on behalf of the said limited liability company, as Attorney-in-Fact on behalf of **WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF THE REGISTERED HOLDERS OF WELLS FARGO COMMERCIAL MORTGAGE TRUST 2016-LC25, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2016-LC25.** Said individual is personally known to me.

_Leticia M. Alvarez_
Notary Public, State of Florida
Print Name: _Leticia M. Alvarez_
My Commission Expires: _02/27/20-4_

Notary Public State of Florida
Leticia Maria Alvarez
My Commission GG 963371
Expires 02/27/2024

[AFFIX NOTARY STAMP ABOVE]

RP-2021-362581

**EXHIBIT A**

**LEGAL DESCRIPTION**

Fee Parcel

Tract 1:

Unrestricted Reserve "C", Block 1, of One Bay Area Plaza, Harris County, Texas recorded under Film Code Number 612277 of the Map Records of Harris County, Texas; and

Easement:

TOGETHER WITH easement described in Easement Agreement, dated December 21, 2006, executed by and between Bay Area 4.5, Ltd., and Webster Hotel, LLC., as set forth in instrument(s) recorded at Harris County Clerk's File No. 20060296799 corrected by 20080242828 of the Real Property Records of Harris County, Texas. As shown and noted on survey prepared by Prime Texas Surveys, dated September 30, 2016; Job No. 161190.

TOGETHER WITH easement described in Easement Agreement, dated dated December 6, 2007, executed by and between Bay Area 4.5, Ltd., and Webster Hotel, LLC., as set forth in instrument recorded at Harris County Clerk's File No. 20070727577 of the Real Property Records of Harris County, Texas and ratified by Narendra Maran, as set forth in Ratification of Plat and Easement Agreement recorded under Clerk's File No. 20080242827 of the Real Property Records of Harris County, Texas. As shown and noted on survey prepared by Prime Texas Surveys, dated September 30, 2016; Job No. 161190.

RP-2021-362581

RP-2021-362581

RP-2021-362581

# Pages 6

06/29/2021 08:32 AM

e-Filed & e-Recorded in the

Official Public Records of

HARRIS COUNTY

TENESHIA HUDSPETH

COUNTY CLERK

Fees   $34.00

RECORDERS MEMORANDUM
This instrument was received and recorded electronically
and any blackouts, additions or changes were present
at the time the instrument was filed and recorded.

Any provision herein which restricts the sale, rental, or
use of the described real property because of color or
race is invalid and unenforceable under federal law.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in
File Number Sequence on the date and at the time stamped
hereon by me; and was duly RECORDED in the Official
Public Records of Real Property of Harris County, Texas.

COUNTY CLERK
HARRIS COUNTY. TEXAS