# EXHIBIT 26

Valeria Villarreal 8004323622 (03/04) 06/28/2021 03:08:06 PM

**21-00270238**
06/28/2021 03:07 PM

FILED
TEXAS SECRETARY OF STATE
SOS

1062189910002

RECEIVED JUN 28 2021

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Mark Patterson (214-295-8075)

B. E-MAIL CONTACT AT FILER (optional)

C. Return Acknowledgement to:
Capitol Services, Inc.
PO Box 1831
Austin, TX 78767
800.345.4647

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER: 16-0035155905; Filed 10/25/2016

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS

2. ☐ TERMINATION

3. ☑ ASSIGNMENT (full or partial)

4. ☐ CONTINUATION

5. ☐ PARTY INFORMATION CHANGE

7a. ORGANIZATION'S NAME: **WFCM 2016-LC25 WEST BAY AREA BOULEVARD, LLC**

7c. MAILING ADDRESS: 1601 Washington Avenue, Suite 700
CITY: Miami Beach
STATE: FL
POSTAL CODE: 33139
COUNTRY: USA

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:
9a. ORGANIZATION'S NAME: **WILMINGTON TRUST (See attached Rider for Complete Name)**

10. OPTIONAL FILER REFERENCE DATA:
TX SOS - HOLIDAY INN WEBSTER - LOAN M300571612 - DEBTOR: KORNBLUTH TEXAS, LLC

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

Valeria Villarreal 8004323622 (04/04) 06/28/2021 03:08:55 PM

### RIDER TO UCC FINANCING STATEMENT AMENDMENT

FOR PURPOSES OF ITEM 3, THIS IS A FULL ASSIGNMENT

THE COMPLETE NAME OF THE SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT FOR AMENDMENT ITEM 9a. IS:

WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF THE REGISTERED HOLDERS OF WELLS FARGO COMMERCIAL MORTGAGE TRUST 2016-LC25, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2016-LC25

DEBTOR'S NAME: KORNBLUTH TEXAS, LLC
DEBTOR'S JURISDICTION OF ORGANIZATION: TEXAS

Case 21-32261-hdh11 Doc 26 Filed 15-25 X Sec 10/10/21 Page 3 of 3