# EXHIBIT 28

| Description | Transaction Date | Effective Date | Due Date | Amount | Check Number | Vendor Name | Principal Amount | Interest Amount | PMI Amount | Tax Amount | Insurance Amount | Reserve Amount | Misc Amount | Suspense Amount | Late Charge Amount | Principal Balance | Parcel Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LATE CHARGE ASSESSED | 7/6/2021 | | 7/6/2021 | $4,081.60 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,081.60 | $7,843,946.10 | |
| MISC EXPENSE | 7/1/2021 | | 6/22/2021 | $1,950.00 | 3852135 | NOVA GROUP, GBC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,843,946.10 | |
| INT ON ESCROW CREDIT | 7/1/2021 | | | $0.90 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.90 | $0.00 | $0.00 | $0.00 | $7,843,946.10 | |
| INT ON ESCROW CREDIT | 7/1/2021 | | | $2.70 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2.70 | $0.00 | $0.00 | $0.00 | $7,843,946.10 | |
| MISC EXPENSE | 6/25/2021 | | 6/22/2021 | $950.00 | 0 | KAZMAREK MOWREY CLOUD | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,843,946.10 | |
| MISC EXPENSE | 6/24/2021 | | 6/17/2021 | $366.36 | 0 | CT CORPORATION SYSTEM | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,843,946.10 | |
| MISC EXPENSE | 6/21/2021 | | 6/15/2021 | $7,383.02 | 0 | MCDERMOTT, WILL & EMERY | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,843,946.10 | |
| MISC EXPENSE | 6/21/2021 | | 6/15/2021 | $788.90 | 0 | BILZIN SUMBERG BAENA PRICE & | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,843,946.10 | |
| LATE CHARGE ASSESSED | 6/7/2021 | | 6/6/2021 | $4,081.60 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,081.60 | $7,843,946.10 | |
| MISC EXPENSE | 6/7/2021 | | 5/20/2021 | $222.40 | 0 | BILZIN SUMBERG BAENA PRICE & | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,843,946.10 | |
| INT ON ESCROW CREDIT | 6/1/2021 | | | $0.93 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.93 | $0.00 | $0.00 | $0.00 | $7,843,946.10 | |
| INT ON ESCROW CREDIT | 6/1/2021 | | | $2.79 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2.79 | $0.00 | $0.00 | $0.00 | $7,843,946.10 | |
| MISC EXPENSE | 5/10/2021 | | 5/3/2021 | $99.68 | 0 | CT CORPORATION SYSTEM | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,843,946.10 | |
| LATE CHARGE ASSESSED | 5/6/2021 | | 5/6/2021 | $4,081.60 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,081.60 | $7,843,946.10 | |
| INT ON ESCROW CREDIT | 5/1/2021 | | | $0.90 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.90 | $0.00 | $0.00 | $0.00 | $7,843,946.10 | |
| INT ON ESCROW CREDIT | 5/1/2021 | | | $2.70 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2.70 | $0.00 | $0.00 | $0.00 | $7,843,946.10 | |
| MISC EXPENSE | 4/30/2021 | | 4/22/2021 | $8,000.00 | 0 | TS WORLDWIDE, LLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,843,946.10 | |
| MISC EXPENSE | 4/30/2021 | | 4/22/2021 | $1,150.00 | 0 | DEBENEDETTO ADVISORS, LLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,843,946.10 | |
| LATE CHARGE ASSESSED | 4/6/2021 | | 4/6/2021 | $4,081.60 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,081.60 | $7,843,946.10 | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INT ON ESCROW CREDIT | 4/1/2021 | | | $0.93 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.93 | $0.00 | $0.00 | $0.00 | $7,843,946.10 | |
| INT ON ESCROW CREDIT | 4/1/2021 | | | $2.79 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2.79 | $0.00 | $0.00 | $0.00 | $7,843,946.10 | |
| MISC EXPENSE | 3/31/2021 | | 3/30/2021 | $165.00 | 0 | STRATEGIC ASSET SERVICES LLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,843,946.10 | |
| LATE CHARGE ASSESSED | 3/8/2021 | | 3/6/2021 | $4,081.60 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,081.60 | $7,843,946.10 | |
| INT ON ESCROW CREDIT | 3/1/2021 | | | $0.84 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.84 | $0.00 | $0.00 | $0.00 | $7,843,946.10 | |
| INT ON ESCROW CREDIT | 3/1/2021 | | | $2.52 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2.52 | $0.00 | $0.00 | $0.00 | $7,843,946.10 | |
| LATE CHARGE ASSESSED | 2/8/2021 | | 2/6/2021 | $4,081.60 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,081.60 | $7,843,946.10 | |
| INT ON ESCROW CREDIT | 2/1/2021 | | | $0.93 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.93 | $0.00 | $0.00 | $0.00 | $7,843,946.10 | |
| INT ON ESCROW CREDIT | 2/1/2021 | | | $2.79 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2.79 | $0.00 | $0.00 | $0.00 | $7,843,946.10 | |
| R.E. TAX DISBURSEMENT | 1/12/2021 | | 1/31/2021 | $81,523.07 | 0 | TX, CLEAR CREEK ISD | $0.00 | $0.00 | $0.00 | ($81,523.07) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,843,946.10 | 1297070010003 |
| R.E. TAX DISBURSEMENT | 1/11/2021 | | 1/31/2021 | $62,967.27 | 0 | TX, HARRIS COUNTY | $0.00 | $0.00 | $0.00 | ($62,967.27) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,843,946.10 | 1297070010003 |
| LATE CHARGE ASSESSED | 1/6/2021 | | 1/6/2021 | $4,081.60 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,081.60 | $7,843,946.10 | |
| INT ON ESCROW CREDIT | 1/1/2021 | | | $0.93 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.93 | $0.00 | $0.00 | $0.00 | $7,843,946.10 | |
| INT ON ESCROW CREDIT | 1/1/2021 | | | $2.79 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2.79 | $0.00 | $0.00 | $0.00 | $7,843,946.10 | |
| LATE CHARGE ASSESSED | 12/7/2020 | | 12/6/2020 | $4,081.60 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,081.60 | $7,843,946.10 | |
| PAYMENT REC'D | 12/4/2020 | 12/3/2020 | 11/6/2020 | $81,631.96 | 0 | | ($11,004.68) | $33,819.93 | $0.00 | $16,569.70 | $11,500.13 | $8,737.52 | $0.00 | $0.00 | $0.00 | $7,843,946.10 | |
| INT ON ESCROW CREDIT | 12/1/2020 | | | $0.90 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.90 | $0.00 | $0.00 | $0.00 | $7,854,950.78 | |
| INT ON ESCROW CREDIT | 12/1/2020 | | | $2.70 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2.70 | $0.00 | $0.00 | $0.00 | $7,854,950.78 | |
| LATE CHARGE ASSESSED | 11/6/2020 | | 11/6/2020 | $4,081.60 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,081.60 | $7,854,950.78 | |
| PAYMENT REC'D | 11/6/2020 | 11/5/2020 | 10/6/2020 | $81,631.96 | 0 | | ($12,045.46) | $32,779.15 | $0.00 | $16,569.70 | $11,500.13 | $8,737.52 | $0.00 | $0.00 | $0.00 | $7,854,950.78 | |
| INT ON ESCROW CREDIT | 11/1/2020 | | | $0.93 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.93 | $0.00 | $0.00 | $0.00 | $7,866,996.24 | |
| INT ON ESCROW CREDIT | 11/1/2020 | | | $2.74 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2.74 | $0.00 | $0.00 | $0.00 | $7,866,996.24 | |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INS DISBURSEMENT | 10/28/2020 | 10/27/2020 | | $150,095.66 | 3836144 | INDIE-PRO INSURANCE AGENCY INC | $0.00 | $0.00 | $0.00 | $0.00 | ($150,095.66) | $0.00 | $0.00 | $0.00 | $0.00 | $7,866,996.24 | |
| LATE CHARGE ASSESSED | 10/6/2020 | | 10/6/2020 | $4,081.60 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,081.60 | $7,866,996.24 | |
| SUSPENSE ESC DEBIT | 10/6/2020 | | | $81,631.96 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($81,631.96) | $0.00 | $7,866,996.24 | |
| PAYMENT REC'D | 10/6/2020 | 9/30/2020 | 9/6/2020 | $81,631.96 | 0 | | ($10,905.86) | $33,918.75 | $0.00 | $16,569.70 | $11,500.13 | $8,737.52 | $0.00 | $0.00 | $0.00 | $7,866,996.24 | |
| SUSPENSE PAYMENT | 10/2/2020 | 9/30/2020 | | $81,631.96 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $81,631.96 | $0.00 | $7,877,902.10 | |
| INT ON ESCROW CREDIT | 10/1/2020 | | | $0.90 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.90 | $0.00 | $0.00 | $0.00 | $7,877,902.10 | |
| INT ON ESCROW CREDIT | 10/1/2020 | | | $2.40 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2.40 | $0.00 | $0.00 | $0.00 | $7,877,902.10 | |
| LATE CHARGE WAIVED | 9/17/2020 | | 8/6/2020 | $4,081.60 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($4,081.60) | $7,877,902.10 | |
| SUSPENSE ESC DEBIT | 9/17/2020 | | | $81,631.96 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($81,631.96) | $0.00 | $7,877,902.10 | |
| PAYMENT REC'D | 9/17/2020 | 8/6/2020 | 8/6/2020 | $81,631.96 | 0 | | ($10,859.11) | $33,965.50 | $0.00 | $16,569.70 | $11,500.13 | $8,737.52 | $0.00 | $0.00 | $0.00 | $7,877,902.10 | |
| SUSPENSE PAYMENT | 9/17/2020 | 9/16/2020 | | $1,000.00 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,000.00 | $0.00 | $7,888,761.21 | |
| SUSPENSE PAYMENT | 9/17/2020 | 9/16/2020 | | $81,631.96 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $81,631.96 | $0.00 | $7,888,761.21 | |
| LATE CHARGE ASSESSED | 9/8/2020 | | 9/6/2020 | $4,081.60 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,081.60 | $7,888,761.21 | |
| INT ON ESCROW CREDIT | 9/1/2020 | | | $0.93 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.93 | $0.00 | $0.00 | $0.00 | $7,888,761.21 | |
| INT ON ESCROW CREDIT | 9/1/2020 | | | $2.48 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2.48 | $0.00 | $0.00 | $0.00 | $7,888,761.21 | |
| LATE CHARGE ASSESSED | 8/6/2020 | | 8/6/2020 | $4,081.60 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,081.60 | $7,888,761.21 | |
| SUSPENSE ESC DEBIT | 8/5/2020 | | | $4,081.60 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($4,081.60) | $0.00 | $7,888,761.21 | |
| LATE CHARGE PAYMENT | 8/5/2020 | | | $4,081.60 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($4,081.60) | $7,888,761.21 | |
| SUSPENSE ESC DEBIT | 8/5/2020 | | | $4,081.60 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($4,081.60) | $0.00 | $7,888,761.21 | |
| LATE CHARGE PAYMENT | 8/5/2020 | | | $4,081.60 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($4,081.60) | $7,888,761.21 | |
| SUSPENSE ESC DEBIT | 8/5/2020 | | | $81,631.96 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($81,631.96) | $0.00 | $7,888,761.21 | |
| PAYMENT REC'D | 8/5/2020 | 8/5/2020 | 7/6/2020 | $81,631.96 | 0 | | ($11,905.17) | $32,919.44 | $0.00 | $16,569.70 | $11,500.13 | $8,737.52 | $0.00 | $0.00 | $0.00 | $7,888,761.21 | |
| SUSPENSE ESC DEBIT | 8/4/2020 | | | $81,631.96 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($81,631.96) | $0.00 | $7,900,666.38 | |
| PAYMENT REC'D | 8/4/2020 | 8/3/2020 | 6/6/2020 | $81,631.96 | 0 | | ($10,761.52) | $34,063.09 | $0.00 | $16,569.70 | $11,500.13 | $8,737.52 | $0.00 | $0.00 | $0.00 | $7,900,666.38 | |
| SUSPENSE PAYMENT | 8/4/2020 | 8/3/2020 | | $166,008.59 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $166,008.59 | $0.00 | $7,911,427.90 | |
| INT ON ESCROW CREDIT | 8/1/2020 | | | $0.93 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.93 | $0.00 | $0.00 | $0.00 | $7,911,427.90 | |
| INT ON ESCROW CREDIT | 8/1/2020 | | | $2.43 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2.43 | $0.00 | $0.00 | $0.00 | $7,911,427.90 | |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LATE CHARGE WAIVED | 7/15/2020 | | 5/6/2020 | $4,476.71 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($4,476.71) | $7,911,427.90 | |
| LATE CHARGE ASSESSED | 7/6/2020 | | 7/6/2020 | $4,081.60 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,081.60 | $7,911,427.90 |
| SUSPENSE ESC DEBIT | 7/6/2020 | | | $89,534.22 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($89,534.22) | $0.00 | $7,911,427.90 |
| PAYMENT REC'D | 7/6/2020 | 7/6/2020 | 5/6/2020 | $89,534.22 | 0 | | ($11,811.11) | $33,013.50 | $0.00 | $16,569.70 | $11,500.13 | $16,639.78 | $0.00 | $0.00 | $0.00 | $7,911,427.90 |
| SUSPENSE PAYMENT | 7/6/2020 | 7/6/2020 | | $40,000.00 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $40,000.00 | $0.00 | $7,923,239.01 |
| INT ON ESCROW CREDIT | 7/1/2020 | | | $0.90 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.90 | $0.00 | $0.00 | $0.00 | $7,923,239.01 |
| INT ON ESCROW CREDIT | 7/1/2020 | | | $2.10 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2.10 | $0.00 | $0.00 | $0.00 | $7,923,239.01 |
| LATE CHARGE WAIVED | 6/17/2020 | | 4/6/2020 | $4,752.36 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($4,752.36) | $7,923,239.01 |
| SUSPENSE PAYMENT | 6/16/2020 | 6/15/2020 | | $50,000.00 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50,000.00 | $0.00 | $7,923,239.01 |
| LATE CHARGE ASSESSED | 6/8/2020 | | 6/6/2020 | $4,081.60 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,081.60 | $7,923,239.01 |
| SUSPENSE ESC DEBIT | 6/5/2020 | | | $95,047.25 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($95,047.25) | $0.00 | $7,923,239.01 |
| PAYMENT REC'D | 6/5/2020 | 6/5/2020 | 4/6/2020 | $95,047.25 | 0 | | ($10,664.75) | $34,159.86 | $0.00 | $20,408.09 | $13,174.77 | $16,639.78 | $0.00 | $0.00 | $0.00 | $7,923,239.01 |
| SUSPENSE PAYMENT | 6/5/2020 | 6/5/2020 | | $50,000.00 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50,000.00 | $0.00 | $7,933,903.76 |
| SUSPENSE PAYMENT | 6/4/2020 | 6/4/2020 | | $50,000.00 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50,000.00 | $0.00 | $7,933,903.76 |
| INT ON ESCROW CREDIT | 6/1/2020 | | | $0.93 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.93 | $0.00 | $0.00 | $0.00 | $7,933,903.76 |
| INT ON ESCROW CREDIT | 6/1/2020 | | | $2.17 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2.17 | $0.00 | $0.00 | $0.00 | $7,933,903.76 |
| LATE CHARGE ASSESSED | 5/6/2020 | | 5/6/2020 | $4,476.71 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,476.71 | $7,933,903.76 |
| INT ON ESCROW CREDIT | 5/1/2020 | | | $0.90 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.90 | $0.00 | $0.00 | $0.00 | $7,933,903.76 |
| INT ON ESCROW CREDIT | 5/1/2020 | | | $2.10 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2.10 | $0.00 | $0.00 | $0.00 | $7,933,903.76 |
| R.E. TAX DISBURSEMENT | 4/22/2020 | 4/22/2020 | | $70,882.79 | 3821077 | | $0.00 | $0.00 | $0.00 | ($70,882.79) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,933,903.76 |
| LATE CHARGE ASSESSED | 4/6/2020 | | 4/6/2020 | $4,752.36 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,752.36 | $7,933,903.76 |
| INT ON ESCROW CREDIT | 4/1/2020 | | | $2.47 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2.47 | $0.00 | $0.00 | $0.00 | $7,933,903.76 |
| INT ON ESCROW CREDIT | 4/1/2020 | | | $5.01 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5.01 | $0.00 | $0.00 | $0.00 | $7,933,903.76 |
| PAYMENT REC'D | 3/2/2020 | 3/2/2020 | 3/6/2020 | $95,047.25 | 0 | | ($12,816.98) | $32,007.63 | $0.00 | $20,408.09 | $13,174.77 | $16,639.78 | $0.00 | $0.00 | $0.00 | $7,933,903.76 |
| INT ON ESCROW CREDIT | 3/1/2020 | | | $2.90 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2.90 | $0.00 | $0.00 | $0.00 | $7,946,720.74 |
| INT ON ESCROW CREDIT | 3/1/2020 | | | $5.20 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5.20 | $0.00 | $0.00 | $0.00 | $7,946,720.74 |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PAYMENT REC'D | 2/3/2020 | 2/3/2020 | 2/6/2020 | $95,047.25 | 0 | | ($10,564.08) | $34,260.53 | $0.00 | $20,408.09 | $13,174.77 | $16,639.78 | $0.00 | $0.00 | $0.00 | $7,946,720.74 | |
| INT ON ESCROW CREDIT | 2/1/2020 | | | $3.10 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3.10 | $0.00 | $0.00 | $0.00 | $7,957,284.82 | |
| INT ON ESCROW CREDIT | 2/1/2020 | | | $5.26 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5.26 | $0.00 | $0.00 | $0.00 | $7,957,284.82 | |
| R.E. TAX DISBURSEMENT | 1/7/2020 | | 1/31/2020 | $108,389.86 | 0 | TX, CLEAR CREEK ISD | $0.00 | $0.00 | $0.00 | ($108,389.86) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,957,284.82 | 1297070010003 |
| R.E. TAX DISBURSEMENT | 1/6/2020 | | 1/31/2020 | $80,977.98 | 0 | TX, HARRIS COUNTY | $0.00 | $0.00 | $0.00 | ($80,977.98) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,957,284.82 | 1297070010003 |
| PAYMENT REC'D | 1/2/2020 | 1/2/2020 | 1/6/2020 | $95,047.25 | 0 | | ($10,518.79) | $34,305.82 | $0.00 | $20,408.09 | $13,174.77 | $16,639.78 | $0.00 | $0.00 | $0.00 | $7,957,284.82 | |
| INT ON ESCROW CREDIT | 1/1/2020 | | | $3.10 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3.10 | $0.00 | $0.00 | $0.00 | $7,967,803.61 | |
| INT ON ESCROW CREDIT | 1/1/2020 | | | $4.94 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4.94 | $0.00 | $0.00 | $0.00 | $7,967,803.61 | |
| PAYMENT REC'D | 12/2/2019 | 12/2/2019 | 12/6/2019 | $95,047.25 | 0 | | ($11,577.19) | $33,247.42 | $0.00 | $20,408.09 | $13,174.77 | $16,639.78 | $0.00 | $0.00 | $0.00 | $7,967,803.61 | |
| INT ON ESCROW CREDIT | 12/1/2019 | | | $3.00 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3.00 | $0.00 | $0.00 | $0.00 | $7,979,380.80 | |
| INT ON ESCROW CREDIT | 12/1/2019 | | | $4.20 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4.20 | $0.00 | $0.00 | $0.00 | $7,979,380.80 | |
| INS DISBURSEMENT | 11/21/2019 | 11/21/2019 | | $131,429.90 | 3805367 | INDIE-PRO INSURANCE AGENCY INC | $0.00 | $0.00 | $0.00 | $0.00 | ($131,429.90) | $0.00 | $0.00 | $0.00 | $0.00 | $7,979,380.80 | |
| PAYMENT REC'D | 11/1/2019 | 11/1/2019 | 11/6/2019 | $95,047.25 | 0 | | ($10,424.06) | $34,400.55 | $0.00 | $20,408.09 | $13,174.77 | $16,639.78 | $0.00 | $0.00 | $0.00 | $7,979,380.80 | |
| INT ON ESCROW CREDIT | 11/1/2019 | | | $3.10 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3.10 | $0.00 | $0.00 | $0.00 | $7,989,804.86 | |
| INT ON ESCROW CREDIT | 11/1/2019 | | | $4.03 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4.03 | $0.00 | $0.00 | $0.00 | $7,989,804.86 | |
| PAYMENT REC'D | 10/1/2019 | 10/1/2019 | 10/6/2019 | $95,047.25 | 0 | | ($11,485.90) | $33,338.71 | $0.00 | $20,408.09 | $13,174.77 | $16,639.78 | $0.00 | $0.00 | $0.00 | $7,989,804.86 | |
| INT ON ESCROW CREDIT | 10/1/2019 | | | $3.00 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3.00 | $0.00 | $0.00 | $0.00 | $8,001,290.76 | |
| INT ON ESCROW CREDIT | 10/1/2019 | | | $3.56 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3.56 | $0.00 | $0.00 | $0.00 | $8,001,290.76 | |
| PAYMENT REC'D | 9/3/2019 | 9/3/2019 | 9/6/2019 | $95,047.25 | 0 | | ($10,330.13) | $34,494.48 | $0.00 | $20,408.09 | $13,174.77 | $16,639.78 | $0.00 | $0.00 | $0.00 | $8,001,290.76 | |
| INT ON ESCROW CREDIT | 9/1/2019 | | | $3.10 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3.10 | $0.00 | $0.00 | $0.00 | $8,011,620.89 | |
| INT ON ESCROW CREDIT | 9/1/2019 | | | $3.10 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3.10 | $0.00 | $0.00 | $0.00 | $8,011,620.89 | |
| PAYMENT REC'D | 8/1/2019 | 8/1/2019 | 8/6/2019 | $95,047.25 | 0 | | ($10,285.84) | $34,538.77 | $0.00 | $20,408.09 | $13,174.77 | $16,639.78 | $0.00 | $0.00 | $0.00 | $8,011,620.89 | |
| INT ON ESCROW CREDIT | 8/1/2019 | | | $3.10 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3.10 | $0.00 | $0.00 | $0.00 | $8,021,906.73 | |

| Description | Date | Date | Date | Amount | Num | Payee | Col1 | Col2 | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 | Col9 | Balance | Ref |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INT ON ESCROW CREDIT | 8/1/2019 | | | $2.79 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2.79 | $0.00 | $0.00 | $0.00 | $8,021,906.73 | |
| PAYMENT REC'D | 7/1/2019 | 7/1/2019 | 7/6/2019 | $95,047.25 | 0 | | ($11,352.70) | $33,471.91 | $0.00 | $20,408.09 | $13,174.77 | $16,639.78 | $0.00 | $0.00 | $0.00 | $8,021,906.73 | |
| INT ON ESCROW CREDIT | 7/1/2019 | | | $3.00 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3.00 | $0.00 | $0.00 | $0.00 | $8,033,259.43 | |
| INT ON ESCROW CREDIT | 7/1/2019 | | | $2.08 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2.08 | $0.00 | $0.00 | $0.00 | $8,033,259.43 | |
| PAYMENT REC'D | 6/3/2019 | 6/3/2019 | 6/6/2019 | $115,751.59 | 0 | | ($10,193.08) | $34,631.53 | $0.00 | $41,112.43 | $13,174.77 | $16,639.78 | $0.00 | $0.00 | $0.00 | $8,033,259.43 | |
| INT ON ESCROW CREDIT | 6/1/2019 | | | $3.10 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3.10 | $0.00 | $0.00 | $0.00 | $8,043,452.51 | |
| INT ON ESCROW CREDIT | 6/1/2019 | | | $1.86 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1.86 | $0.00 | $0.00 | $0.00 | $8,043,452.51 | |
| PAYMENT REC'D | 5/1/2019 | 5/1/2019 | 5/6/2019 | $115,751.59 | 0 | | ($11,263.29) | $33,561.32 | $0.00 | $41,112.43 | $13,174.77 | $16,639.78 | $0.00 | $0.00 | $0.00 | $8,043,452.51 | |
| INT ON ESCROW CREDIT | 5/1/2019 | | | $3.00 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3.00 | $0.00 | $0.00 | $0.00 | $8,054,715.80 | |
| INT ON ESCROW CREDIT | 5/1/2019 | | | $1.50 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1.50 | $0.00 | $0.00 | $0.00 | $8,054,715.80 | |
| PAYMENT REC'D | 4/1/2019 | 4/1/2019 | 4/6/2019 | $112,869.46 | 0 | | ($10,101.09) | $34,723.52 | $0.00 | $41,112.43 | $13,174.77 | $13,757.65 | $0.00 | $0.00 | $0.00 | $8,054,715.80 | |
| INT ON ESCROW CREDIT | 4/1/2019 | | | $3.10 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3.10 | $0.00 | $0.00 | $0.00 | $8,064,816.89 | |
| INT ON ESCROW CREDIT | 4/1/2019 | | | $0.93 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.93 | $0.00 | $0.00 | $0.00 | $8,064,816.89 | |
| PAYMENT REC'D | 3/1/2019 | 3/1/2019 | 3/6/2019 | $88,038.38 | 0 | | ($13,409.29) | $31,415.32 | $0.00 | $15,256.67 | $14,199.45 | $13,757.65 | $0.00 | $0.00 | $0.00 | $8,064,816.89 | |
| INT ON ESCROW CREDIT | 3/1/2019 | | | $2.80 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2.80 | $0.00 | $0.00 | $0.00 | $8,078,226.18 | |
| INT ON ESCROW CREDIT | 3/1/2019 | | | $0.56 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.56 | $0.00 | $0.00 | $0.00 | $8,078,226.18 | |
| INS DISBURSEMENT | 2/6/2019 | 2/6/2019 | | $3,856.65 | 3772517 | INDIE-PRO INSURANCE AGENCY INC | $0.00 | $0.00 | $0.00 | $0.00 | ($3,856.65) | $0.00 | $0.00 | $0.00 | $0.00 | $8,078,226.18 | |
| PAYMENT REC'D | 2/1/2019 | 2/1/2019 | 2/6/2019 | $88,038.38 | 0 | | ($10,000.30) | $34,824.31 | $0.00 | $15,256.67 | $14,199.45 | $13,757.65 | $0.00 | $0.00 | $0.00 | $8,078,226.18 | |
| INT ON ESCROW CREDIT | 2/1/2019 | | | $3.10 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3.10 | $0.00 | $0.00 | $0.00 | $8,088,226.48 | |
| INT ON ESCROW CREDIT | 2/1/2019 | | | $0.30 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.30 | $0.00 | $0.00 | $0.00 | $8,088,226.48 | |
| R.E. TAX DISBURSEMENT | 1/16/2019 | | 1/31/2019 | $96,216.98 | 0 | TX, HARRIS COUNTY | $0.00 | $0.00 | $0.00 | ($96,216.98) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8,088,226.48 | 1297070010003 |
| PAYMENT REC'D | 1/2/2019 | 1/2/2019 | 1/6/2019 | $88,038.38 | 0 | | ($9,957.43) | $34,867.18 | $0.00 | $15,256.67 | $14,199.45 | $13,757.65 | $0.00 | $0.00 | $0.00 | $8,088,226.48 | |
| INT ON ESCROW CREDIT | 1/1/2019 | | | $5.38 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5.38 | $0.00 | $0.00 | $0.00 | $8,098,183.91 | |

| Description | Date | Date2 | Date3 | Amount | Ref | Payee | Col1 | Col2 | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 | Col9 | Balance | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INT ON ESCROW CREDIT | 1/1/2019 | | | $3.78 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3.78 | $0.00 | $0.00 | $0.00 | $8,098,183.91 | |
| R.E. TAX DISBURSEMENT | 12/27/2018 | | 1/31/2019 | $137,018.00 | 0 | TX, CLEAR CREEK ISD | $0.00 | $0.00 | $0.00 | ($137,018.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8,098,183.91 | 1297070010003 |
| RESERVE DISBURSEMENT | 12/20/2018 | 12/20/2018 | | $139,680.00 | 3767047 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($139,680.00) | $0.00 | $0.00 | $0.00 | $8,098,183.91 | |
| RESERVE DISBURSEMENT | 12/20/2018 | 12/20/2018 | | $237,673.58 | 3767046 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($237,673.58) | $0.00 | $0.00 | $0.00 | $8,098,183.91 | |
| PAYMENT REC'D | 12/3/2018 | 12/3/2018 | 12/6/2018 | $88,038.38 | 0 | | ($11,036.19) | $33,788.42 | $0.00 | $15,256.67 | $14,199.45 | $13,757.65 | $0.00 | $0.00 | $0.00 | $8,098,183.91 | |
| INT ON ESCROW CREDIT | 12/1/2018 | | | $6.60 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6.60 | $0.00 | $0.00 | $0.00 | $8,109,220.10 | |
| INT ON ESCROW CREDIT | 12/1/2018 | | | $5.70 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5.70 | $0.00 | $0.00 | $0.00 | $8,109,220.10 | |
| PAYMENT REC'D | 11/1/2018 | 11/1/2018 | 11/6/2018 | $88,038.38 | 0 | | ($9,867.43) | $34,957.18 | $0.00 | $15,256.67 | $14,199.45 | $13,757.65 | $0.00 | $0.00 | $0.00 | $8,109,220.10 | |
| INT ON ESCROW CREDIT | 11/1/2018 | | | $6.82 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6.82 | $0.00 | $0.00 | $0.00 | $8,119,087.53 | |
| INT ON ESCROW CREDIT | 11/1/2018 | | | $5.82 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5.82 | $0.00 | $0.00 | $0.00 | $8,119,087.53 | |
| INS DISBURSEMENT | 10/31/2018 | 10/31/2018 | | $146,712.00 | 3760952 | INDIE-PRO INSURANCE AGENCY INC | $0.00 | $0.00 | $0.00 | $0.00 | ($146,712.00) | $0.00 | $0.00 | $0.00 | $0.00 | $8,119,087.53 | |
| RESERVE DISBURSEMENT | 10/9/2018 | 10/9/2018 | | $37,350.84 | 3757973 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($37,350.84) | $0.00 | $0.00 | $0.00 | $8,119,087.53 | |
| PAYMENT REC'D | 10/1/2018 | 10/1/2018 | 10/6/2018 | $88,038.38 | 0 | | ($10,949.46) | $33,875.15 | $0.00 | $15,256.67 | $14,199.45 | $13,757.65 | $0.00 | $0.00 | $0.00 | $8,119,087.53 | |
| INT ON ESCROW CREDIT | 10/1/2018 | | | $6.60 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6.60 | $0.00 | $0.00 | $0.00 | $8,130,036.99 | |
| INT ON ESCROW CREDIT | 10/1/2018 | | | $5.93 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5.93 | $0.00 | $0.00 | $0.00 | $8,130,036.99 | |
| RESERVE DISBURSEMENT | 9/27/2018 | 9/27/2018 | | $10,650.00 | 3756803 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($10,650.00) | $0.00 | $0.00 | $0.00 | $8,130,036.99 | |
| PAYMENT REC'D | 9/4/2018 | 9/4/2018 | 9/6/2018 | $88,038.38 | 0 | | ($9,778.18) | $35,046.43 | $0.00 | $15,256.67 | $14,199.45 | $13,757.65 | $0.00 | $0.00 | $0.00 | $8,130,036.99 | |
| INT ON ESCROW CREDIT | 9/1/2018 | | | $7.11 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7.11 | $0.00 | $0.00 | $0.00 | $8,139,815.17 | |
| INT ON ESCROW CREDIT | 9/1/2018 | | | $6.05 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6.05 | $0.00 | $0.00 | $0.00 | $8,139,815.17 | |
| RESERVE DISBURSEMENT | 8/30/2018 | 8/29/2018 | | $20,320.00 | 3753527 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($20,320.00) | $0.00 | $0.00 | $0.00 | $8,139,815.17 | |
| RESERVE DISBURSEMENT | 8/17/2018 | 8/17/2018 | | $14,890.65 | 3752007 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($14,890.65) | $0.00 | $0.00 | $0.00 | $8,139,815.17 | |
| PAYMENT REC'D | 8/1/2018 | 8/1/2018 | 8/6/2018 | $88,038.38 | 0 | | ($9,736.26) | $35,088.35 | $0.00 | $15,256.67 | $14,199.45 | $13,757.65 | $0.00 | $0.00 | $0.00 | $8,139,815.17 | |

| Description | Date | Date2 | Date3 | Amount | Ref | Payee | Col1 | Col2 | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 | Col9 | Balance | Acct |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INT ON ESCROW CREDIT | 8/1/2018 | | | $7.13 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7.13 | $0.00 | $0.00 | $0.00 | $8,149,551.43 | |
| INT ON ESCROW CREDIT | 8/1/2018 | | | $5.88 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5.88 | $0.00 | $0.00 | $0.00 | $8,149,551.43 | |
| PAYMENT REC'D | 7/2/2018 | 7/2/2018 | 7/6/2018 | $88,038.38 | 0 | | ($10,823.05) | $34,001.56 | $0.00 | $15,256.67 | $14,199.45 | $13,757.65 | $0.00 | $0.00 | $0.00 | $8,149,551.43 | |
| INT ON ESCROW CREDIT | 7/1/2018 | | | $6.90 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6.90 | $0.00 | $0.00 | $0.00 | $8,160,374.48 | |
| INT ON ESCROW CREDIT | 7/1/2018 | | | $5.34 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5.34 | $0.00 | $0.00 | $0.00 | $8,160,374.48 | |
| ESCROW 3 DISB REVERSAL | 6/7/2018 | 2/21/2018 | | $14,890.65 | 3728045 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $14,890.65 | $0.00 | $0.00 | $0.00 | $8,160,374.48 | |
| PAYMENT REC'D | 6/1/2018 | 6/1/2018 | 6/6/2018 | $116,719.46 | 0 | | ($9,648.12) | $35,176.49 | $0.00 | $15,256.67 | $42,880.53 | $13,757.65 | $0.00 | $0.00 | $0.00 | $8,160,374.48 | |
| INT ON ESCROW CREDIT | 6/1/2018 | | | $7.13 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7.13 | $0.00 | $0.00 | $0.00 | $8,170,022.60 | |
| INT ON ESCROW CREDIT | 6/1/2018 | | | $4.96 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4.96 | $0.00 | $0.00 | $0.00 | $8,170,022.60 | |
| PAYMENT REC'D | 5/1/2018 | 5/1/2018 | 5/6/2018 | $116,719.46 | 0 | | ($10,738.11) | $34,086.50 | $0.00 | $15,256.67 | $42,880.53 | $13,757.65 | $0.00 | $0.00 | $0.00 | $8,170,022.60 | |
| INT ON ESCROW CREDIT | 5/1/2018 | | | $6.90 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6.90 | $0.00 | $0.00 | $0.00 | $8,180,760.71 | |
| INT ON ESCROW CREDIT | 5/1/2018 | | | $4.48 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4.48 | $0.00 | $0.00 | $0.00 | $8,180,760.71 | |
| PAYMENT REC'D | 4/2/2018 | 4/2/2018 | 4/6/2018 | $116,719.46 | 0 | | ($9,560.73) | $35,263.88 | $0.00 | $15,256.67 | $42,880.53 | $13,757.65 | $0.00 | $0.00 | $0.00 | $8,180,760.71 | |
| INT ON ESCROW CREDIT | 4/1/2018 | | | $7.13 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7.13 | $0.00 | $0.00 | $0.00 | $8,190,321.44 | |
| INT ON ESCROW CREDIT | 4/1/2018 | | | $4.03 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4.03 | $0.00 | $0.00 | $0.00 | $8,190,321.44 | |
| PAYMENT REC'D | 3/1/2018 | 3/1/2018 | 3/6/2018 | $79,201.76 | 0 | | ($12,923.10) | $31,901.51 | $0.00 | $14,416.67 | $8,918.94 | $11,041.54 | $0.00 | $0.00 | $0.00 | $8,190,321.44 | |
| INT ON ESCROW CREDIT | 3/1/2018 | | | $6.44 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6.44 | $0.00 | $0.00 | $0.00 | $8,203,244.54 | |
| INT ON ESCROW CREDIT | 3/1/2018 | | | $3.84 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3.84 | $0.00 | $0.00 | $0.00 | $8,203,244.54 | |
| RESERVE DISBURSEMENT | 2/21/2018 | 2/21/2018 | | $14,890.65 | 3728045 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($14,890.65) | $0.00 | $0.00 | $0.00 | $8,203,244.54 | |
| PAYMENT REC'D | 2/1/2018 | 2/1/2018 | 2/6/2018 | $79,201.76 | 0 | | ($9,464.34) | $35,360.27 | $0.00 | $14,416.67 | $8,918.94 | $11,041.54 | $0.00 | $0.00 | $0.00 | $8,203,244.54 | |
| INT ON ESCROW CREDIT | 2/1/2018 | | | $7.13 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7.13 | $0.00 | $0.00 | $0.00 | $8,212,708.88 | |
| INT ON ESCROW CREDIT | 2/1/2018 | | | $4.02 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4.02 | $0.00 | $0.00 | $0.00 | $8,212,708.88 | |
| R.E. TAX DISBURSEMENT | 1/9/2018 | | 1/31/2018 | $103,768.01 | 0 | TX, CLEAR CREEK ISD | $0.00 | $0.00 | $0.00 | ($103,768.01) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8,212,708.88 | 1297070010003 |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| R.E. TAX DISBURSEMENT | 1/9/2018 | | 1/31/2018 | $70,593.75 | 0 | TX, HARRIS COUNTY | $0.00 | $0.00 | $0.00 | ($70,593.75) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8,212,708.88 | 1297070010003 |
| PAYMENT REC'D | 1/2/2018 | 1/2/2018 | 1/6/2018 | $79,201.76 | 0 | | ($9,423.76) | $35,400.85 | $0.00 | $14,416.67 | $8,918.94 | $11,041.54 | $0.00 | $0.00 | $0.00 | $8,212,708.88 | |
| INT ON ESCROW CREDIT | 1/1/2018 | | | $7.13 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7.13 | $0.00 | $0.00 | $0.00 | $8,222,132.64 | |
| INT ON ESCROW CREDIT | 1/1/2018 | | | $3.72 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3.72 | $0.00 | $0.00 | $0.00 | $8,222,132.64 | |
| PAYMENT REC'D | 12/1/2017 | 12/1/2017 | 12/6/2017 | $79,201.76 | 0 | | ($10,521.88) | $34,302.73 | $0.00 | $14,416.67 | $8,918.94 | $11,041.54 | $0.00 | $0.00 | $0.00 | $8,222,132.64 | |
| INT ON ESCROW CREDIT | 12/1/2017 | | | $6.90 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6.90 | $0.00 | $0.00 | $0.00 | $8,232,654.52 | |
| INT ON ESCROW CREDIT | 12/1/2017 | | | $3.30 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3.30 | $0.00 | $0.00 | $0.00 | $8,232,654.52 | |
| INS DISBURSEMENT | 11/21/2017 | 11/21/2017 | | $55,252.10 | 3715818 | INDIE-PRO INSURANCE AGENCY INC | $0.00 | $0.00 | $0.00 | $0.00 | ($55,252.10) | $0.00 | $0.00 | $0.00 | $0.00 | $8,232,654.52 | |
| INS DISBURSEMENT | 11/7/2017 | 11/7/2017 | | $107,027.25 | 3713804 | INDIE-PRO INSURANCE AGENCY INC | $0.00 | $0.00 | $0.00 | $0.00 | ($107,027.25) | $0.00 | $0.00 | $0.00 | $0.00 | $8,232,654.52 | |
| PAYMENT REC'D | 11/1/2017 | 11/1/2017 | 11/6/2017 | $79,201.76 | 0 | | ($9,338.25) | $35,486.36 | $0.00 | $14,416.67 | $8,918.94 | $11,041.54 | $0.00 | $0.00 | $0.00 | $8,232,654.52 | |
| INT ON ESCROW CREDIT | 11/1/2017 | | | $7.13 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7.13 | $0.00 | $0.00 | $0.00 | $8,241,992.77 | |
| INT ON ESCROW CREDIT | 11/1/2017 | | | $3.09 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3.09 | $0.00 | $0.00 | $0.00 | $8,241,992.77 | |
| PAYMENT REC'D | 10/2/2017 | 10/2/2017 | 10/6/2017 | $79,201.76 | 0 | | ($10,439.48) | $34,385.13 | $0.00 | $14,416.67 | $8,918.94 | $11,041.54 | $0.00 | $0.00 | $0.00 | $8,241,992.77 | |
| INT ON ESCROW CREDIT | 10/1/2017 | | | $6.90 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6.90 | $0.00 | $0.00 | $0.00 | $8,252,432.25 | |
| INT ON ESCROW CREDIT | 10/1/2017 | | | $2.70 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2.70 | $0.00 | $0.00 | $0.00 | $8,252,432.25 | |
| PAYMENT REC'D | 9/1/2017 | 9/1/2017 | 9/6/2017 | $79,201.76 | 0 | | ($9,253.46) | $35,571.15 | $0.00 | $14,416.67 | $8,918.94 | $11,041.54 | $0.00 | $0.00 | $0.00 | $8,252,432.25 | |
| INT ON ESCROW CREDIT | 9/1/2017 | | | $7.13 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7.13 | $0.00 | $0.00 | $0.00 | $8,261,685.71 | |
| INT ON ESCROW CREDIT | 9/1/2017 | | | $2.48 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2.48 | $0.00 | $0.00 | $0.00 | $8,261,685.71 | |
| PAYMENT REC'D | 8/1/2017 | 8/1/2017 | 8/6/2017 | $79,201.76 | 0 | | ($9,213.79) | $35,610.82 | $0.00 | $14,416.67 | $8,918.94 | $11,041.54 | $0.00 | $0.00 | $0.00 | $8,261,685.71 | |
| INT ON ESCROW CREDIT | 8/1/2017 | | | $7.13 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7.13 | $0.00 | $0.00 | $0.00 | $8,270,899.50 | |
| INT ON ESCROW CREDIT | 8/1/2017 | | | $2.15 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2.15 | $0.00 | $0.00 | $0.00 | $8,270,899.50 | |
| PAYMENT REC'D | 7/3/2017 | 7/3/2017 | 7/6/2017 | $79,201.76 | 0 | | ($10,319.53) | $34,505.08 | $0.00 | $14,416.67 | $8,918.94 | $11,041.54 | $0.00 | $0.00 | $0.00 | $8,270,899.50 | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INT ON ESCROW CREDIT | 7/1/2017 | | | $6.90 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6.90 | $0.00 | $0.00 | $0.00 | $8,281,219.03 | |
| INT ON ESCROW CREDIT | 7/1/2017 | | | $1.80 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1.80 | $0.00 | $0.00 | $0.00 | $8,281,219.03 | |
| PAYMENT REC'D | 6/1/2017 | 6/1/2017 | 6/6/2017 | $79,201.76 | 0 | | ($9,130.05) | $35,694.56 | $0.00 | $14,416.67 | $8,918.94 | $11,041.54 | $0.00 | $0.00 | $0.00 | $8,281,219.03 | |
| INT ON ESCROW CREDIT | 6/1/2017 | | | $7.13 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7.13 | $0.00 | $0.00 | $0.00 | $8,290,349.08 | |
| INT ON ESCROW CREDIT | 6/1/2017 | | | $1.86 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1.86 | $0.00 | $0.00 | $0.00 | $8,290,349.08 | |
| PAYMENT REC'D | 5/1/2017 | 5/1/2017 | 5/6/2017 | $79,201.76 | 0 | | ($10,238.83) | $34,585.78 | $0.00 | $14,416.67 | $8,918.94 | $11,041.54 | $0.00 | $0.00 | $0.00 | $8,290,349.08 | |
| INT ON ESCROW CREDIT | 5/1/2017 | | | $6.90 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6.90 | $0.00 | $0.00 | $0.00 | $8,300,587.91 | |
| INT ON ESCROW CREDIT | 5/1/2017 | | | $1.48 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1.48 | $0.00 | $0.00 | $0.00 | $8,300,587.91 | |
| PAYMENT REC'D | 4/3/2017 | 4/3/2017 | 4/6/2017 | $79,201.76 | 0 | | ($9,047.02) | $35,777.59 | $0.00 | $14,416.67 | $8,918.94 | $11,041.54 | $0.00 | $0.00 | $0.00 | $8,300,587.91 | |
| INT ON ESCROW CREDIT | 4/1/2017 | | | $7.13 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7.13 | $0.00 | $0.00 | $0.00 | $8,309,634.93 | |
| INT ON ESCROW CREDIT | 4/1/2017 | | | $1.24 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1.24 | $0.00 | $0.00 | $0.00 | $8,309,634.93 | |
| PAYMENT REC'D | 3/1/2017 | 3/1/2017 | 3/6/2017 | $79,201.76 | 0 | | ($12,460.90) | $32,363.71 | $0.00 | $14,416.67 | $8,918.94 | $11,041.54 | $0.00 | $0.00 | $0.00 | $8,309,634.93 | |
| INT ON ESCROW CREDIT | 3/1/2017 | | | $6.44 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6.44 | $0.00 | $0.00 | $0.00 | $8,322,095.83 | |
| INT ON ESCROW CREDIT | 3/1/2017 | | | $0.84 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.84 | $0.00 | $0.00 | $0.00 | $8,322,095.83 | |
| PAYMENT REC'D | 2/1/2017 | 2/1/2017 | 2/6/2017 | $79,201.76 | 0 | | ($8,954.81) | $35,869.80 | $0.00 | $14,416.67 | $8,918.94 | $11,041.54 | $0.00 | $0.00 | $0.00 | $8,322,095.83 | |
| INT ON ESCROW CREDIT | 2/1/2017 | | | $7.13 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7.13 | $0.00 | $0.00 | $0.00 | $8,331,050.64 | |
| INT ON ESCROW CREDIT | 2/1/2017 | | | $0.60 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.60 | $0.00 | $0.00 | $0.00 | $8,331,050.64 | |
| R.E. TAX DISBURSEMENT | 1/9/2017 | | 1/31/2017 | $68,807.63 | 0 | TX, HARRIS COUNTY | $0.00 | $0.00 | $0.00 | ($68,807.63) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8,331,050.64 | 1297070010003 |
| PAYMENT REC'D | 1/3/2017 | 1/3/2017 | 1/6/2017 | $79,201.76 | 0 | | ($8,916.42) | $35,908.19 | $0.00 | $14,416.67 | $8,918.94 | $11,041.54 | $0.00 | $0.00 | $0.00 | $8,331,050.64 | |
| INT ON ESCROW CREDIT | 1/1/2017 | | | $7.13 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7.13 | $0.00 | $0.00 | $0.00 | $8,339,967.06 | |
| INT ON ESCROW CREDIT | 1/1/2017 | | | $0.27 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.27 | $0.00 | $0.00 | $0.00 | $8,339,967.06 | |
| R.E. TAX DISBURSEMENT | 12/29/2016 | | 1/31/2017 | $104,743.69 | 0 | TX, CLEAR CREEK ISD | $0.00 | $0.00 | $0.00 | ($104,743.69) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8,339,967.06 | 1297070010003 |
| PAYMENT REC'D | 12/5/2016 | 12/5/2016 | 12/6/2016 | $79,201.76 | 4985 | | ($10,032.94) | $34,791.67 | $0.00 | $14,416.67 | $8,918.94 | $11,041.54 | $0.00 | $0.00 | $0.00 | $8,339,967.06 | |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INT ON ESCROW CREDIT | 12/1/2016 | | | $2.99 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2.99 | $0.00 | $0.00 | $0.00 | $8,350,000.00 |
| RESERVE PAYMENT | 11/18/2016 | 11/18/2016 | | $279,500.00 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $279,500.00 | $0.00 | $0.00 | $0.00 | $8,350,000.00 |
| INS ESCROW PMT | 11/18/2016 | 11/18/2016 | | $18,729.77 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 | $18,729.77 | $0.00 | $0.00 | $0.00 | $0.00 | $8,350,000.00 |
| RE TAX ESCROW PAYMENT | 11/18/2016 | 11/18/2016 | | $166,512.54 | 0 | | $0.00 | $0.00 | $0.00 | $166,512.54 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8,350,000.00 |
| PAYMENT REC'D | 11/18/2016 | 11/18/2016 | 11/6/2016 | $24,354.17 | 0 | | $0.00 | $24,354.17 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8,350,000.00 |
| NEW LOAN | 11/17/2016 | | | $8,350,000.00 | 0 | | $8,350,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8,350,000.00 |